**STATE of Missouri, Appellant,**

v.

**Carlos KIMBROUGH, Respondent.**

**No. ED 105251**

Missouri Court of Appeals,
Eastern District,
DIVISION FIVE.

Filed: October 10, 2017

Joshua D. Hawley, Atty. Gen., Nathan J. Aquino, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for appellant.

Julia Fogelberg, 100 S. Central, 2nd Floor, Clayton, MO 63105, for respondent.

Anthony E. Rothert, Jessie Steffan, Gillian R. Wilcox, 906 Olive Street, Suite 1130, St. Louis, MO 63101, 406 West 34th Street., Ste. 420, Kansas City, MO 64111, for Amicus Curiae.

Before James M. Dowd, C.J., Lawrence E. Mooney, J., and Robin Vannoy, Sp.J.

## ORDER

PER CURIAM

The State of Missouri appeals the judgment of the Circuit Court of St. Louis County granting the motion of the defendant, Carlos Kimbrough, to suppress certain evidence, namely 74 pages of the defendant's medical records obtained from Barnes-Jewish Hospital via a grand-jury *subpoena duces tecum.* Finding no error, we affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 30.25(b).